UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FOSTER,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DEVICE PARTNERS INTERNATIONAL LLC,<br><br>    Defendant(s).<br>_____/ | No. C-12-02279 (DMR)<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for August 8, 2012 is VACATED.  The court hereby ORDERS Plaintiffs to file a motion for default judgment against Defendant no later than August 30, 2012.  Immediately upon receipt of this Order, Plaintiffs shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: July 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge