United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT FOSTER,

Plaintiff(s),

v.

DEVICE PARTNERS INTERNATIONAL LLC,

Defendant(s).

_______________________________________/

No. C-12-02279 (DMR**)**

**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for August 8, 2012 is VACATED. The court hereby ORDERS Plaintiffs to file a motion for default judgment against Defendant no later than August 30, 2012. Immediately upon receipt of this Order, Plaintiffs shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: July 30, 2012




DONNA M. RYU
United States Magistrate Judge