**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FOSTER | No. C 12-02279 (DMR) |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| v. | |
| DEVICE PARTNERS INTERNATIONAL LLC, | |
| Defendant(s). | |

The court has received Plaintiffs' Motion for Default Judgment. [Docket No. 10.] Having reviewed the motion and applicable law, the court orders Plaintiffs to submit supplemental briefing explaining how this Court has personal jurisdiction over Defendant in this action. The briefing shall not exceed ten pages and shall be filed no later than September 26, 2012.

Upon receipt of this order, Plaintiffs shall serve a copy of Defendant and file proof of service with the Court.

IT IS SO ORDERED.

Dated: September 20, 2012

DONNA M. RYU
United States Magistrate Judge