**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT FOSTER,                                    ) Case No. 12-02279 SC
                                                 )
           Plaintiff,                            ) ORDER ADOPTING REPORT AND
                                                 ) RECOMMENDATION, DENYING MOTION
        v.                                       ) FOR DEFAULT JUDGMENT, AND
                                                 ) DISMISSING CASE WITHOUT
DEVICE PARTNERS INTERNATIONAL                    ) PREJUDICE
LLC,                                             )
                                                 )
           Defendant.                            )
                                                 )
_____         )

   On November 21, 2012, Judge Donna Ryu reassigned the above-
captioned matter to the undersigned and issued a Report and
Recommendation, recommending that the Court deny Plaintiff's motion
for default judgment and dismiss this case without prejudice for
lack of personal jurisdiction.  ECF No. 15 ("R&R").  Plaintiff
timely filed his objections to the R&R on December 5, 2012.  ECF
No. 18.  Having reviewed the R&R and Plaintiff's objections to it,
the Court finds the R&R to be correct, well-reasoned, and thorough.
Accordingly, the Court adopts it in every respect.  Plaintiff's
motion for default judgment is DENIED and this action is DISMISSED
WITHOUT PREJUDICE for lack of personal jurisdiction.


   IT IS SO ORDERED.


   Dated: December 10, 2012        _____
                                    UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California