IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FOSTER, | Case No. 12-02279 SC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION FOR DEFAULT JUDGMENT, AND DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| DEVICE PARTNERS INTERNATIONAL LLC, | |
| Defendant. | |

On November 21, 2012, Judge Donna Ryu reassigned the above-captioned matter to the undersigned and issued a Report and Recommendation, recommending that the Court deny Plaintiff's motion for default judgment and dismiss this case without prejudice for lack of personal jurisdiction. ECF No. 15 ("R&R"). Plaintiff timely filed his objections to the R&R on December 5, 2012. ECF No. 18. Having reviewed the R&R and Plaintiff's objections to it, the Court finds the R&R to be correct, well-reasoned, and thorough. Accordingly, the Court adopts it in every respect. Plaintiff's motion for default judgment is DENIED and this action is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

IT IS SO ORDERED.

Dated: December 10, 2012

_____

UNITED STATES DISTRICT JUDGE